1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                          SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL ANGELES,<br><br>             Plaintiff,<br><br>      v.<br><br>FASTENAL COMPANY, a Minnesota corporation, and DOES 1-50, inclusive;<br><br>             Defendants. | Case No. CV 13-04826 WHA<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff ANGEL ANGELES and Defendant FASTENAL COMPANY, by and through their respective counsel of record, that the entire above-captioned action is dismissed with prejudice in accordance with the terms of the written confidential settlement agreement entered into between the parties.

IT IS FURTHER STIPULATED that the parties shall bear their own attorney's fees and costs incurred in this action.

IT IS SO STIPULATED AND RESPECTFULLY SUBMITTED.

DATED: 5/28/14                             KRAEBER LAW OFFICE

By: /s/
Rhonda Kraeber
Attorneys for Plaintiff
ANGEL ANGELES

DATED: 5/28/14                             OGLETREE DEAKINS, NASH, SMOAK & STEWART

By: /s/
Erica Rocush
Attorneys for Defendant
FASTENAL COMPANY

Date: May 29, 2014

IT IS SO ORDERED
Judge Vince Chhabria

Case No. CV-13-04826 WHA
STIPULATION OF VOLUNTARY DISMISSAL